Monday, December 12, 2016

No. 17–0098/AF. Yogendra Rambharose, Petitioner v. United States Air Force Court of Criminal Appeals, Respondent. On consideration of the petition for

extraordinary relief in the nature of a writ of mandamus, it is ordered that said petition is hereby denied.